Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755


FILED
9-11-2009

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| To: | CLERK, U.S. BANKRUPTCY COURT |
| Re: | UNDISTRIBUTED FUNDS |
| Debtors: | JOSE VENEGAS & DEBORAH COOK<br>6645 THILLE STREET #154<br>VENTURA, CA 93003 |
| Case No.: | ND05-11013-RR |

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:

JOSE VENEGAS & DEBORAH COOK
6645 THILLE STREET, #154
VENTURA, CA 93003

Amount:

$ 6.58

Dated: September 10, 2009

*Elizabeth J Rojas*

Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

CLERK OF THE COURT

Check No.: 0039590  
Check Date: 09/09/2009  
Check Amt: 6.58

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0511013 | | JOSE VENEGAS | 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 | 0.00 | 0.00 | 6.58 | 6.58 |
| | Claim #: 00000 | DEBORAH COOK | 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 | | | | |
| | | TOTALS | | 0.00 | 0.00 | 6.58 | 6.58 |

---

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1st Business Bank  
ONE BUNKER HILL BLDG  
601 WEST FIFTH ST.  
16-384 / 1220

CHECK DATE: Sep 09, 2009  
CHECK NO.: 0039590  
CHECK AMOUNT: $**********6.58  
VOID AFTER 60 DAYS

VENEGAS, JOSE

Case No: 0511013

PAY ONLY 6.58  
SIX PERIOD FIVE EIGHT

PAY TO THE ORDER OF: CLERK OF THE COURT

VOID OVER $6.58

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0039590⑈ ⑈122038442⑈ 001 707620⑈